PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:14-CR-00248-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JOSE MEDRANO, and LUCIANO RAMIREZ-SANTA CRUZ, | |
| Defendants. | |

WHEREAS, on December 4, 2017, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between plaintiff and defendants Jose Medrano and Luciano Ramirez-Santa Cruz, forfeiting to the United States the following property:

      a.   Beretta PX4 Storm, Caliber .40 pistol,

      b.   Israel Weapon Industries Desert Eagle, Caliber .44,

      c.   Sturm, Ruger and co. Mini-14 caliber .223 rifle,

      d.   All ammunition seized in this case, and

      e.   Approximately $14,000.00 in U.S. Currency.

AND WHEREAS, beginning on December 6, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

FINAL ORDER OF FORFEITURE

1

1   site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the

2   Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

3   validity of their alleged legal interest in the forfeited property;

4          AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

5   property and the time for any person or entity to file a claim has expired;

6          Accordingly, it is hereby ORDERED and ADJUDGED:

7          1.      A Final Order of Forfeiture shall be entered forfeiting to the United States of America all

8   right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of

9   according to law, including all right, title, and interest of Jose Medrano and Luciano Ramirez-Santa

10  Cruz.

11         2.      All right, title, and interest in the above-listed property shall vest solely in the name of the

12  United States of America.

13         3.      The Department of Homeland Security, Customs and Border Protection shall maintain

14  custody of and control over the subject property until it is disposed of according to law.

15

16  IT IS SO ORDERED.

17      Dated:   **March 29, 2017**              **/s/ Lawrence J. O'Neill**
18                                            UNITED STATES CHIEF DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

FINAL ORDER OF FORFEITURE                              2